IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 3 2007

GREGO... .. LANGHAM
CLERK

Civil Action No. 07-cv-02195-EWN-KLM

GABRIEL ATSEPOYI,

 Plaintiff,

v.

NORTHWEST/KLM,

 Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

 THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed <u>in forma pauperis</u>. It now is

 ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: <u>November 9, 2007</u>

       BY THE COURT:

       s/ Edward W. Nottingham
       CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02195-EWN-KLM

Gabriel Atsepoyi
9934 E. Carolina Cir., #203
Aurora, CO 80247

US Marshal Service
Service Clerk
Service forms for: Northwest/KLM

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Northwest/KLM: COMPLAINT FILED 10/18/07, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on _____11/13/07_____.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk