IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02195-EWN-KMT

GABRIEL ATSEPOYI,

    Plaintiff,

v.

NORTHWEST/KLM,

    Defendant.

---

**ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE**

---

The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by Chief District Judge Edward W. Nottingham, pursuant to the Order of Reference dated November 14, 2007. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **March 17, 2008,** at **9:30 a.m.,** in Courtroom A-601, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.Colo.LCivR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed. Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call (303) 335-2780 at the scheduled time.

It is the responsibility of the Plaintiff to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.

DATED this 16th day of January, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
United States Magistrate Judge