IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-02195-MJW-KMT**

GABRIEL ATSEPOYI,

Plaintiff,

v.

NORTHWEST/KLM,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Motion to Withdraw-Jackson Kelly PLLC to Remain as Counsel of Record (Docket No. 39) is granted, and thus attorney Philip B. Cardi shall be withdrawn as counsel of record for defendant.

Date: April 4, 2008