IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-02195-MJW-KMT**

GABRIEL ATSEPOYI,

Plaintiff,

v.

NORTHWEST/KLM,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion for Leave to File Sur-Reply in Support of Motion to Dismiss (Docket No. 57) is granted, and the tendered sur-reply (Docket No. 57-2) is accepted for filing.

Date: July 31, 2008