IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02195-MJW-KMT

GABRIEL ATSEPOYI,

Plaintiff,

v.

NORTHWEST/KLM,

Defendant.

**ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the pro se plaintiff's Motion to Dismiss Without Prejudice (Docket No. 71) is **GRANTED**. It is thus further

**ORDERED** that Defendant's Motion to Dismiss with Prejudice and for Attorney Fees and Costs (Docket No. 51) is **DENIED AS MOOT**.


Date: March 3, 2009         s/ Michael J. Watanabe
      Denver, Colorado       Michael J. Watanabe
                             United States Magistrate Judge